UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM KHANH THI HUYNH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 23-cv-02082-VC<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 31 |

　　The motion for summary judgment is denied. This order assumes the reader's familiarity with the facts, governing legal standards, and arguments made by the parties.

　　Although Huynh hasn't presented much evidence showing that her fall was Costco's fault, Costco hasn't shown that no reasonable jury could find that it was. While Huynh's expert is almost certainly unqualified to testify on the physics of tension (and thus on whether the hose's cable was improperly overtensioned), he appears qualified to give the testimony in his report on Costco's gas station model and the general risks it creates. And the video of the incident shows not just Huynh, but also three other people—including two Costco employees—struggle to make the fuel nozzle reach the car's gas tank, even though the car is parked within the fuel lane markings. While Costco's lawyer emphasized at the hearing that Costco exceeds industry standards with regard to the number of employees it has present at its gas stations, that doesn't necessarily mean that Costco couldn't be found negligent because of the tension of its hose cables or because of its gas station's signage and lane markings.

　　**IT IS SO ORDERED.**

Dated: September 9, 2024

VINCE CHHABRIA
United States District Judge